# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

UNITED STATES OF AMERICA )
                                                     )    CASE NO. 3:07-CR-*166*
v.                                                   )
                                                     )    JUDGE *Phillips-Guyton*
STANLEY ELDRIDGE McCLEAVE            )              *TWP 2*

## **ORDER**

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-styled case, along with the Motion to Seal and this Order, be sealed by the Clerk until the defendant is in custody or has been released pending trial, at which time the Indictment, Motion to Seal, and this Order shall be unsealed pursuant to this Order absent a further order by the Court.

It is further ORDERED that the United States Attorney be provided a stamp-filed copy of the Indictment, the Motion to Seal, and this Order prior to sealing.

ENTER:

UNITED STATES MAGISTRATE JUDGE