UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 3:07-CR-166 |
| v. | ) JUDGES PHILLIPS/GUYTON |
| | ) |
| STANLEY ELDRIDGE McCLEAVE | ) |

### ORDER

The United States of America, by its counsel, Charles A. Kandt, Special Assistant United States Attorney for the Eastern District of Tennessee, has filed a motion requesting that the file in the above-styled case be unsealed, as there is no longer a need for it to be under seal.

It is hereby ORDERED that the file in the above-styled case is unsealed.

ENTER:

_____
Thomas H. Phillips
UNITED STATES DISTRICT JUDGE